1  DANNY PRADO #276065
   Law Office of Danny Prado
2  210 S. Mooney Blvd. Ste. A
   Visalia, California 93291
3  Telephone: (559) 732-6431
   Facsimile:  (559) 732-6432
4

5  Attorney for Defendant:
   Joseph Hernandez
6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,          ) Case No.: 1:07-CR-00079
                                      )           1:21-CR-00251
12                      Plaintiff,    )
                                      )
13      v.                            )
                                      ) MOTION TO WITHDRAW AS COUSEL
14                                    ) OF RECORD AND APPOINT CJA
   JOSEPH HERNANDEZ                   ) COUNSEL
15                      Defendant.    )
                                      )
16                                    )
                                      )
17                                    )

18      Danny Prado, appointed counsel of record in the above-captioned cases, hereby moves for an
19 order allowing him to withdraw as counsel of record and for appointment of new counsel to represent
20 defendant Joseph Hernandez. As grounds he states:
21      1. Danny Prado was appointed to represent defendant on October 1, 2021.
22      2. At the time of appointment the undersigned was a member of the Criminal Justice Act Panel
23         for the Eastern District of California.
24      3. Attorney Prado is resigning from the Criminal Justice Act Panel for the Eastern District of
25         California.
26      4. As defendant is still in need of counsel to represent him, the Federal Public Defender's office
27         has contacted Douglas Foster, who is available and willing to accept the appointment.
28

5. Accordingly, the undersigned requests that he be permitted to withdraw from the case and that new counsel, Douglas Foster, be appointed.

DATED: July 27, 2022

/s/ DANNY PRADO
Danny Prado
Counsel for Joseph Hernandez

### ORDER

IT IS SO ORDERED that Danny Prado may withdraw from his representation of JOSEPH HERNANDEZ, and that CJA panel counsel DOUGLAS FOSTER shall be appointed.

IT IS SO ORDERED.

Dated: **July 27, 2022**

UNITED STATES DISTRICT JUDGE