1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00079-JLT-SKO
12 |                           |         1:21-CR-00251-ADA-BAM
   | Plaintiff,                |
13 |                           | **AMENDED** STIPULATION TO CONTINUE
   | v.                        | STATUS CONFERENCE; ORDER
14 | JOSEPH HERNANDEZ, JR.,    |
   |                           | DATE: August 30, 2022
15 | Defendant.                | TIME: 2:00 p.m.
   |                           | COURT: Hon. Stanley A. Boone
16

17                              **STIPULATION**

18    Plaintiff United States of America, by and through its counsel of record, and defendant, by and
19 through defendant's counsel of record, hereby stipulate as follows:
20    1.   By previous order, this matter was set for status on August 30, 2022.
21    2.   By this stipulation, the government and defendant now move to continue the status
22 conference until September 20, 2022.
23    3.   The parties agree and stipulate, and request that the Court find the following:
24         a)   The government has represented that the discovery associated with this case has
25 been either produced directly to counsel and/or made available for inspection and copying.
26         b)   Counsel for government was out of the office on sick leave when the status report
27 was due to be filed with the Court.
28 ///

c) Counsel for government and defendant desire additional time to consult with probation, discuss case resolution, check with other courts regarding possible charges, and review the discovery.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to and agrees to the continuance.

IT IS SO STIPULATED.

Dated:  August 29, 2022                                          PHILLIP A. TALBERT
                                                                 United States Attorney

                                                                 /s/ LAUREL J. MONTOYA
                                                                 LAUREL J. MONTOYA
                                                                 Assistant United States Attorney

Dated:  August 29, 2022                                          /s/ DOUGLAS FOSTER
                                                                 DOUGLAS FOSTER
                                                                 Counsel for Defendant
                                                                 JOSEPH HERNANDEZ, JR.

**ORDER**

IT IS SO ORDERED.

Dated:   **August 29, 2022**                        _____
                                                    UNITED STATES MAGISTRATE JUDGE