FILED
Oct 03, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

(559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSEPH ANTHONY HERNANDEZ, JR.,<br>Aka JOSEPH ANTHONY SANCHEZ,<br>Defendant. | CASE NO. 1:07-CR-00079-NONE-SKO<br>1:21-CR-00251-DAD-BAM<br><br>[~~PROPOSED~~] ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABEAS CORPUS AD PROSEQUENDUM |

On September 21, 2022, the Honorable Jon N. Kapetan, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of *People v. Joseph Anthony Sanchez*, F22908003. A copy of the Order signed by Hon. Jon N. Kapetan is attached hereto. The defendant's appearance before the state court judge is necessary on October 10, 2022 at 9:00 a.m. for an arraignment hearing. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Fresno County Jail. His next appearance before the United States District Court is scheduled for October 18, 2022 at 2:00 p.m. for a status conference. It appearing that the defendant needs to be present for a hearing in the state actions, and that the next court appearance in the above-entitled case will be on October 18, 2022:

///

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office or their designee may produce the defendant in Fresno County Superior court on October 10, 2022, for purposes of his presence at the arraignment hearing, but shall return him to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on October 10, 2020. The Court further orders that the Fresno County Sheriff's Office or their designated agents may produce the defendant for future state court proceedings with his return immediately thereafter to the U.S. Marshal Service, if the Fresno County Sheriff's Office confirms with an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance. Under no circumstances is the named defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order, or scheduled Federal Court Appearances, or upon further order from this court.

IT IS SO FOUND AND ORDERED this **Oct 3, 2022**.

THE HONORABLE ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

LISA A. SMITTCAMP
Fresno County District Attorney
Dennis L Lewis
Senior Deputy District Attorney
2220 Tulare Street, #1000
Fresno, California 93721
(559) 600.3141

Attorneys for Plaintiff

FILED
SEP 21 2022
FRESNO COUNTY SUPERIOR COURT
By ______ DEPT. 33 DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF FRESNO

PEOPLE OF THE STATE OF CALIFORNIA

Plaintiff,

v.

Joseph Anthony Sanchez,

Defendant.

CASE NO. F21908003

ORDER BY FRESNO COUNTY SUPERIOR COURT ON WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

DATE: October 10, 2022
9:00 am
DEPT: 33

The Fresno County District Attorney has filed a Criminal Complaint alleging one felony count of Penal Code section 290.012(a), one felony count of Penal Code section 290.015(a), as well as one "strike" prior under Penal Code section 667(b)-(i) and 1170.12(a)-(d). At this time, the People are informed and believe that the defendant, Joseph Anthony Sanchez, is in the custody and control of the United States Marshall, Eastern District of California.

A hearing on the state allegation was most recently held on October 13, 2021, in Department 30 of the Superior Court, before the Honorable Judge Kapetan. The defendant, Joseph Anthony Sanchez, did not appear in court. The defendant currently is scheduled for an arraignment hearing on the alleged charges on October 10, 2022, at 9:00 a.m. in Department 33 of the Fresno County Superior Court. The personal presence in court of defendant Joseph Anthony Sanchez is necessary for further proceedings on the alleged violations.

Good cause appearing:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Department shall produce the Defendant in Fresno County Superior Court, Department 33, on October __, 2022, 9:00 am, for purposes of his presence at the arraignment hearing, but shall return him to the custody of the United States Marshall, in the physical control of Fresno County Jail, immediately after the proceeding has concluded on October 10, 2022.

THE COURT FURTHER ORDERS that the Fresno County Sheriff's Department shall produce the defendant for future Fresno County Superior Court proceedings with his return immediately thereafter to the Fresno County Jail and the United States Marshall's Office once the Fresno County Sheriff's Department confirms with the United States Attorney's Office, Easter District of California, that no federal court appearance conflicts with a Superior Court appearance. Under no circumstances is the defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order, or upon further order from this court.

Dated: ~~October~~ September 21, 2022

Honorable Jon M. Kapetan
Judge of the Superior Court
County of Fresno




The foregoing instrument is a correct copy of the original on file in this office.

ATTEST: SEP 21 2022

Superior Court Clerk
State of California, County of Fresno
By ______ DEPUTY